JS-6

**FILED**
SEPT 26, 2016
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY    Nancy Boehme
Deputy Clerk, U.S. District Court

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SAUL GUTIERREZ,<br><br>            Petitioner,<br><br>         v.<br><br>MARTIN BITER, Warden,<br><br>            Respondent. | No. CV 14-6402-DMG (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that this action is dismissed with prejudice.

DATED: September 26, 2016

_____
DOLLY M. GEE
United States District Judge